Susanna H. Dorland, *Appellant*, v. New York Central Railway Company, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Charles H. Russell, *Respondent*, v. Henry W. Johnson, *Appellant.* — Judgment modified as directed in opinion, without costs. Opinion by Brady, J.

In the Matter of William Tilden, *Deceased.* — Order reversed, with ten dollars costs and disbursements, and order to be entered as directed. Opinion by Daniels, J.

Kate B. Howland, *Respondent*, v. George H. Mills and others, *Appellants.* — Judgment and order affirmed. Opinion by Daniels, J.

Stephen V. Moers, *Appellant*, v. Society for the Protection of Destitute Children, *Respondent.* — Judgment affirmed. Opinion by Daniels, J.

Charles S. Archer, *Respondent*, v. New York, New Haven and Hartford Railway Company, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

The People of the State of New York, *Respondent*, v. Edward Petzold, *Appellant.* — Judgment affirmed. Opinion by Brady, J.

Thomas H. Thorn and another, *Respondents*, v. James Sutherland and another, *Appellants.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

In the Matter of Joseph Leavy. — Order affirmed, without costs. Opinion by Brady, J.

Edith Allen, *Appellant*, v. Vanderbilt Allen, *Respondent.* — Order modified as directed, and affirmed as modified, without costs to either party. Opinion by Brady, J.

In the Matter of Sarah Boston. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The Attorney General v. The Continental Life Insurance Company. — Order affirmed, with ten dollars costs and disbursements.

Harford B. Kirk, *Appellant*, v. R. Cornell White, *Respondent.* — Order reversed, with ten dollars costs and disbursements, to abide event.

Elias G. Drake, *Respondent*, v. Henry Youngs, *Appellant.* — Order reversed, with ten dollars costs and disbursements, to abide event. Opinion by Daniels, J.

Matthew Graham, *Respondent*, v. Atlantic Hill Gold Mining Company, *Respondent.* — Order affirmed, with ten dollars costs and disbursements, to abide event.

In the Matter of Sarah T. Sands. — Order affirmed, with ten dollars costs and disbursements.